Daniels et al. *v.* Harris et al.

————◆————

JOSEPH DANIELS ET AL., Plaintiffs in Error, *vs.* SAMUEL F. HARRIS and HORACE SMITH, Defendants in Error.

ERROR TO THE DISTRICT COURT OF RAMSEY COUNTY.

The Supreme Court of this State was created as a Court of review for the correction of errors committed by inferior tribunals, and cannot exercise original jurisdiction except where it is conferred by law.    It will not entertain questions which have not received the actual decision of the tribunal from which they came, unless it is evident that substantial error has been committed, and adequate relief cannot be had from the Court below.    *See Babcock & Hollinshead vs. Sanborn & French*, 3 *Minn.* 141.

DANIELS & GRANT, Counsel for Plaintiff in Error.

HENRY HALE, Counsel for Defendant in Error.

*By the Court.*—FLANDRAU, J.    The Defendants all appeared

in the court below and put in answers which they withdrew before the trial, and submitted the case to the court without a jury. The purport of the answers does not appear, nor is it at all material, as, after they were withdrawn the case stood exactly as if they had not been served. No objection was made by the Defendants to the assessment of the damages on the basis stipulated in the note, and the court very naturally adopted it, not wishing, and not having the right perhaps to interfere with the agreements of parties' unless 'at their suggestion.

If the Defendants on after reflection were inclined to ask relief against the penal clause they had inserted in their note, they should have made their application to the court below for a re-assessment of the damages. The court committed no error that can be corrected here under the decision of this court in the case of *Babcock & Hollinshead vs. Sanborn & French,* 3 *Minn.* 141.

The judgment must be affirmed, but without prejudice to an application being made to the court below for the relief sought here. Case remanded.

*Chief Justice Emmett dissents from the foregoing opinion.*